**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81453-DMM

DAVID EDWARDS,
    Plaintiff,

v.

THE WELLNESS COMPANY a/k/a
TWC 2022, INC.,

    Defendant.

------------------------------------------------------/

**JOINT NOTICE OF RESOLUTION**

Plaintiff, DAVID EDWARDS, and Defendant, THE WELLNESS COMPANY a/k/a TWC 2022, INC. (collectively, the "parties"), by and through their respective undersigned counsel, and pursuant to Local Rule 16.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby jointly notify the Court as follows:

1. The parties have reached a resolution of all claims asserted in the above-styled action.

2. The resolution resolves, in their entirety, all claims asserted by Plaintiff against Defendant.

3. The parties are in the process of finalizing and executing a written agreement and anticipate filing a Joint Stipulation of Dismissal with Prejudice,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), within thirty (30) days of the date of this Notice.

4.  In light of the parties' resolution, the parties respectfully request that the Court vacate all currently scheduled deadlines and hearings, pending the filing of the dismissal papers referenced above.

**WHEREFORE**, the parties respectfully notify the Court of the resolution of this matter, request thirty (30) days within which to file their dismissal papers, and request such other and further relief as the Court deems just and proper.

Undersigned counsel for Defendant certifies that counsel for Plaintiff has reviewed this Joint Notice, consents to its filing, and has authorized the affixing of her electronic signature below.

Respectfully submitted,

**MALATESTA LAW OFFICE**
Counsel for Defendant
871 Venetia Bay Boulevard, Suite 235
Venice, Florida 34285
Telephone: (941) 256-3812
Facsimile: (888) 501-3865

By: /s/ Frank M. Malatesta
Frank M. Malatesta, Esq.
Florida Bar No. 0097080
frank@malatestalawoffice.com

**MDM LEGAL, PLLC**
Counsel for Plaintiff

7754 Okeechobee Boulevard, Suite 4-3068
West Palm Beach, Florida 33411

By: /s/ Denise A. Mutamba
Denise A. Mutamba, Esq.
Florida Bar No. 111727
denise@mdmattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Frank M. Malatesta
Frank M. Malatesta, Esq.